DICK, Respondent, v. STEEL & MASONRY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Marie Dick, as administratrix, against the Steel & Masonry Contracting Company. F. V. Johnson, of New York City, for appellant. J. C. Robinson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 153 App. Div. 651, 138 N. Y. Supp. 700.

DICKINSON, Respondent, v. EMPIRE ENGINEERING CORPORATION, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Edward Dickinson against the Empire Engineering Corporation. No opinion. Judgment and order affirmed, with costs. Appeal to Court of Appeals denied, 145 N. Y. Supp. 1121.

DICKINSON, Respondent, v. EMPIRE ENGINEERING CORPORATION, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Edward Dickinson against the Empire Engineering Corporation. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals (from 145 N. Y. Supp. 1121) denied.

DOBBS, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Marie Dobbs against the Interborough Rapid Transit Company. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1112.

DONOVAN, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellant Division, Second Department. January 23, 1914.) Action by Thomas Donovan against the Erie Railroad Company. No opinion. Judgment (77 Misc. Rep. 548, 137 N. Y. Supp. 113) affirmed, with costs.

DOYLE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Johanna Doyle against the City of New York. No opinion. Judgment unanimously affirmed, with costs.

DRUSS REALTY CO., Appellant, v. TAUNAY, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by the Druss Realty Company against Edward Taunay. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 144 N. Y. Supp. 1112.

DUCAS, Appellant, v. LEVY et al., Respondents. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Benjamin P. Ducas against Charles E.

Levy and others. I. Blum, of New York City, for appellant. H. B. Twombly and H. G. Gray, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DUNHAM v. SILVIEUS et al. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Erwin A. Dunham, as executor of the last will and testament of Mary E. Dunham, deceased, against Frank R. Silvieus and another. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 158 App. Div. 909, 143 N. Y. Supp. 1115.

EAGLE SAVINGS & LOAN CO., Respondent, v. BEAKEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by the Eagle Savings & Loan Company against Henry F. Beakey and another. No opinion. Motion to dismiss appeal denied, on condition that appellants perfect their appeal, place the same at the foot of the calendar for Monday, January 19, 1914, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

EATON v. TYPEWRITER ECONOMY CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by A. W. Eaton against the Typewriter Economy Company. No opinion. Application denied, with $10 costs. Order signed.

EDGARTON, Respondent, v. LEVY DAIRY CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by William W. Edgarton against the Levy Dairy Company. No opinion. Judgment and order unanimously affirmed, with costs.

EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN v. HORACE E. FRICK CO. et al. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by the Edison Electric Illuminating Company of Brooklyn against the Horace E. Frick Company and others. No opinion. Motion to resettle order granted. Settle order before Mr. Justice Thomas. See, also, 144 N. Y. Supp. 1113.

EDWARDS, Respondent, v. WILLIAMSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Benjamin Edwards against Jane H. Williamson and others, as trustees, etc. No opinion. Judgment affirmed, with costs.

EHRMAN v. BASSET. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Adeline P. Ehrman as executrix, etc., against Al Basset. No opinion.